1  **Amy P. Lally, SBN 198555**
   alally@sidley.com
2  **Emily Z. Culbertson, SBN 282560**
   eculbertson@sidley.com
3  **Leah E. Abeles, SBN 275347**
   labeles@sidley.com
4  **SIDLEY AUSTIN LLP**
   **555 West Fifth Street, Suite 4000**
5  **Los Angeles, California 90013**
   **Telephone:  (213) 896-6000**
6  **Facsimile:  (213) 896-6600**

7  **Attorneys for Defendants**
   **Schwabe North America, Inc. f/k/a**
8  **Nature's Way Holding Company and**
   **Nature's Way Products, LLC f/k/a**
9  **Nature's Way Products, Inc.**

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

13  LAWRENCE NADLER, MIKIE BELL,   )   Case No. 5:13-cv-0100-TJH (OPx)
    on behalf of themselves, all others )
14  similarly situated and the general public, )   <u>CLASS ACTION</u>
                                       )
15              Plaintiffs,            )   **DEFENDANTS SCHWABE NORTH**
                                       )   **AMERICA, INC. F/K/A NATURE'S**
16  vs.                                )   **WAY HOLDING COMPANY AND**
                                       )   **NATURE'S WAY PRODUCTS, LLC**
17  NATURE'S WAY PRODUCTS, LLC,        )   **F/K/A NATURE'S WAY**
    *et al.*,                          )   **PRODUCTS, INC.'S NOTICE OF**
18                                     )   **MOTION AND MOTION FOR**
                Defendants.            )   **SUMMARY JUDGMENT**
19                                     )
                                       )   [Memorandum of Points and
20                                     )   Authorities; [Proposed] Statement of
                                       )   Uncontroverted Facts and Conclusions
21                                     )   of Law; Request for Judicial Notice;
                                       )   Declaration of Leah E. Abeles;
22                                     )   Declaration of Stewart Brennan;
                                       )   Declaration of Nicholas M. Fleischer,
23                                     )   R.Ph., Ph.D.; and [Proposed] Judgment
                                       )   filed concurrently]
24                                     )
                                       )   Judge:    Hon. Terry J. Hatter, Jr.
25                                     )   Date:     December 29, 2014
                                       )   Time:     UNDER SUBMISSION
26                                     )   Location: Courtroom 17

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 29, 2014, in Courtroom 17 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, before the Honorable Terry J. Hatter, Jr., the Court will take under submission pursuant to Local Rule 83-9.1.2, Defendants Schwabe North America, Inc. f/k/a Nature's Way Holding Company and Nature's Way Products, LLC f/k/a Nature's Way Products, Inc.'s ("Defendants") Motion for Summary Judgment on all surviving claims brought by Plaintiffs Lawrence Nadler and Mikie Bell ("Plaintiffs") in their Second Amended Complaint pursuant to Federal Rule of Civil Procedure 56.  This Motion is made on the following grounds:

(1)  Plaintiffs fail to create a genuine issue of material fact, and Defendants are entitled to judgment as a matter of law, on Plaintiffs' claims for alleged breach of express warranty and alleged violations of the Consumers Legal Remedies Act, False Advertising Law, and Unfair Competition Law to the extent these claims are based on advertising representations other than "shortens durations," "reduces severity," and "clinically proven" because neither Plaintiff relied on any other advertising by Defendants.

(2) To the extent Plaintiffs' claims are based on the advertising statements "shortens durations," "reduces severity," and "clinically proven," Plaintiffs also fail to create a genuine issue of material fact, and Defendants are entitled to summary judgment as a matter of law, because Plaintiffs cannot produce any admissible evidence to prove that that these advertising statements are either actually false or likely to deceive a reasonable consumer.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 22, 2014.  This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, [Proposed] Statement of Uncontroverted Facts and Conclusions of Law, Request for Judicial Notice, and Declarations of Leah E. Abeles, Stewart Brennan, and Nicholas

1  M. Fleischer, R.Ph., Ph.D., any Reply Memorandum submitted by Defendants, the
2  pleadings and filings in this action, any additional matter of which the Court may take
3  judicial notice, and such further evidence or argument as may be presented before or
4  at the hearing on this Motion, should one be required.  The Court will notify the
5  parties in the event an appearance is required for this Motion.

7  Dated:  October 3, 2014                SIDLEY AUSTIN LLP
                                          Amy P. Lally
8                                         Emily Z. Culbertson
                                          Leah E. Abeles

10                                        By:  /s/ *Amy P. Lally*
                                               Amy P. Lally
11                                             Attorneys for Defendants
                                               Schwabe North America, Inc. f/k/a
12                                             Nature's Way Holding Company and
                                               Nature's Way Products, LLC f/k/a/
13                                             Nature's Way Products, Inc.